UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 13 CR 10275-PBS |
| v. | ) | |
| DAMIEN HESS, LUCAS FORD | ) | |

### PROTECTIVE ORDER

Upon consideration of the United States' Assented-to Motion for a Protective Order, it is hereby **ORDERED** that:

1) The discovery materials produced by the government in this case may be used by the defendants, defendants' immediate family members and defendants' counsel and any employees or agents of defendants' counsel solely in the defense of this case and for no other purpose and in connection with no other proceeding;

2) Defendants' counsel, family members and defendants will not disclose any discovery materials, including but not limited to tax return information, directly or indirectly to any other person except those assisting the defense, persons who are interviewed as potential witnesses, potential experts, or other authorized persons, during the course of the investigation and defense of this case;

3) Such discovery materials should not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person as described above to prepare or assist in the defense, and all such copies and reproductions will be treated in the same manner as the original matter;

4) When providing the discovery materials to an authorized person, the defendant's counsel must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order;

5) Defendant's counsel will inform the defendants, and any other recipients of these materials of provisions of this Protective Order, direct them not to disclose or use any information contained in the government's discovery in violation of this Protective Order, and obtain their signature on the Protective Order to evidence their receipt of the Order;

Nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

_____
PATRICIA B. SARIS
CHIEF UNITED STATES DISTRICT JUDGE

Dated: _____