UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-10275 |
| ) | |
| Damien Hess ) | |

Motion for Video Conference

Now comes counsel and prays that the court order an additional video conference for Friday, April 18 at 3 PM Eastern time

In support thereof:

1. The client resides in Los Angeles California, a distant land from Boston Massachusetts
2. communication between the client and attorney nathan has been just about nonexistent since arraignment communication with the client has been through a third party, only.
3. due to this complexity, an additional attorney was brought into the case, attorney Hrones who has entered his appearance of counsel
4. At the last court date counsel advised of the itinerary for attorney Nathan to go to California to interview client. This meeting did not happen as client did not wish to meet with undersigned counsel on the ground in California.
5. As such attorney Nathan is without sufficient information regarding client desires with respect to this matter (other than the fact that Hess would like to have this case dismissed).

WHEREFORE counsel prays the motion for video conference be allowed , and that upon such allowance undersigned counsel will speak with clerk of courts in California with respect to this video conference

                                               **THE DEFENDANT**

                                               **By his Attorney,**

                                               /s/ **Geoffrey G. Nathan, Esq.**

                                             **_____**
                                             **Geoffrey G. Nathan**
                                             **BBO #552110**
                                             **132 Boylston Street – 5th Floor**
                                             **Boston, MA 02116**
                                             **(617) 472-5775**
                                             **(617) 262-1060 x31**
                                           **(617) 479-0917 fax**

**Agreed-to AUSA Bloom**