UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    Criminal

DAMIEN HESS                                No.  ____13-cr-10275-PBS____


### [PROPOSED] PRETRIAL ORDER

After a Motion Hearing held on  ____**9/12/14**____, it is hereby ORDERED that:

1.      A hearing on any motion to dismiss, suppress, sever, or other issue that must be resolved

prior to trial will be held on _____**N/A (see below No. 11)**_____.

2.      Trial shall commence on  _____**12/8/14**_____,  at  ____**9:00am**____

3.      The government shall by  ____**11/17/14**____,[1] disclose to the defendant:

(a)      The exculpatory information identified in Local Rule 116.2 that has not been

previously produced; and

(b)      A general description (including the approximate date, time, and place) of any

crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

4.      Pursuant to the agreement of the parties, statements (as defined in 18 U.S.C. § 3500(e) and

Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in- chief shall be

produced by  ____**11/17/14**____.

---

[1]This date will ordinarily be 21 days before trial unless the declination procedure provided by L.R. 116.6 has been invoked before the Initial Pretrial Conference. See L.R. 117.1(A)(4). The judge who will preside at trial may, however, establish a date different from any date provided by L.R. 117.1 if the judge determines that there are factors in the particular case that make it in the interests of justice to do so. See L.R. 117.1(B).

5.      The parties shall by _____**11/25/14**_____ file proposed voir dire questions, proposed jury instructions, any motions in limine with supporting memoranda, and a trial brief.[2] Replies to any motion in limine shall be filed by _____**12/2/14**_____.

6.      The government shall by _____**11/21/14**_____:[3]

   (a)      Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness.

   (b)      Provide the defendant with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

7.      The defendant shall by _____**12/1/14**_____:[4]

   (a)      Provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

   (b)      Provide the government with copies of the exhibits and a premarked list of the

---

[2]The reference to a trial brief should be deleted if it is not appropriate to require that one be filed. See L.R. 117.1(A)(7).

[3]Absent an objection, this date will ordinarily be 7 days before trial.   See L.R. 117.1(A)(8). However, if either party objects to the pretrial disclosure of its witnesses, the court will decide whether such disclosure should be ordered. Id.

[4]Absent an objection, this date will ordinarily be 3 days before trial.   See L.R. 117.1(A)(9). However, if either party objects to the pretrial disclosure of its witnesses, the court will decide whether such disclosure should be ordered. Id.

exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently

decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the

government with a copy of the exhibit and a supplemental exhibit list.

8.      The parties shall by _____ **12/5/14** _____, file a written

stipulation of any facts that they agree are not in dispute.

9.      The Final Pretrial Conference shall be held on ____ **10/17/14** ____,[5] at ___ **2:30**

10.     The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18

U.S.C. § 3161(h), for the reasons stated at the Initial Pretrial Conference:[6] __**time excluded to**

**12/8/14**__

11.      Motion to Dismiss to be filed on: __**9/26/14**__; Opposition due on: __**10/10/14**__.


**NOTE:     IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES**

**IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION**

**SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY**

**DESIGNATED DATES.**

**ALL EXHIBIT STICKERS SHALL INDICATE THE EXHIBIT NUMBER AND THE**

**CASE NUMBER.**


_____          _____
DATE                                     CHIEF, UNITED STATES DISTRICT COURT

---

[5]The Final Pretrial Conference will ordinarily be held not more than 7 days before the trial date. See L.R. 117.1(A)(11).

[6]See L.R. 112.2(B)