UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 13-10275 – PBS |
| | ) |
| Damien Hess | ) |
| | ) |

Motion to Withdraw As Counsel

Now come counselors Nathan and Hrones and moves that the court allow them to withdraw their respective appearances of counsel.

In support thereof:

1. The client fired attorneys Nathan and Hrones effective 9/29/14

**WHEREFORE, counselors Nathan and Hrones pray the Motion be allowed.**

/s/ Geoffrey G. Nathan, Esq.
_____

**Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775**

/s/ Stephen Hrones Esq
BBO # 242860

