## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10275 ~ P BS |
| | ) | |
| | ) | |
| Damien Hess | ) | |
| | ) | |

### Motion to Withdraw As Counsel

Now comes counsel moves to withdraw his appearance, on the grounds of material breakdown of the attorney-client relationship.

In support thereof:

1. See affidavit of counsel for  motion to withdraw

Wherefore, counsel prays the motion be allowed

THE DEFENDANT

**By his Attorney,**

/s/ Geoffrey G. Nathan, Esq.

_____

**Geoffrey G. Nathan**
**BBO #552110**
**132 Boylston Street – 5th Floor**
**Boston, MA 02116**
**(617) 472-5775**
**(617) 262-1060 x31**
**(617) 479-0917 fax**

