UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 13-CR-10275-PBS |
| | ) |
| Damien Hess | ) |
| | ) |

Affidavit in support of
Motion to Withdraw As Counsel

Attorney Geoffrey G Nathan states under the pains and penalties of perjury the following:

1. I am the attorney for the defendant Damien Hess the above entitled cause of action.
2. There has been an irretrievable and material breakdown of the attorney-client relationship
3. client stated that he is hiring a new lawyer, and has been working with the lawyer for over a month, and named this lawyer.
4. no further measures would cure this breakdown

/s/ Geoffrey Nathan