UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-10275 – PBS |
| ) | |
| Damien Hess ) | |

Motion to Withdraw As Counsel

Now comes counsel moves to withdraw his appearance, on the grounds of material breakdown of the attorney-client relationship.

In support thereof:

1. See affidavit of counsel for motion to withdraw

Wherefore, counsel prays the motion be allowed

*Withdraw as stated in open court.*

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.

Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax