# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. NO. 13-10275-PBS |
| | ) | |
| | ) | |
| **LUCAS FORD** | ) | |
| | ) | |

## UNITED STATES' MOTION TO SEAL

The United States hereby moves to seal its statement in support of Defendant Ford's request for a further opportunity to be heard as to an appropriate sentence. The Court has previously ordered sealed both Defendant Ford's submission and the United States' earlier submission on this topic because of the confidential matters discussed therein.

                                              Respectfully submitted,

                                              CARMEN M. ORTIZ
                                              United States Attorney

                    By:    /s/ Sara Miron Bloom_____
                                  Sara Miron Bloom
                                  Patrick Callahan
                                  Assistant U.S. Attorneys

Date: January 26, 2014

## Certificate of Service

      I hereby certify that, on May 9, 2013, this pleading was served on counsel for defendant by electronic filing.

                                                          _/s/ Sara Miron Bloom_____
                                                          Sara Miron Bloom