UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 1:13-cr-10275-PBS |
| | ) | |
| LUCAS FORD | ) | |
| | ) | |

**ASSENTED TO MOTION
TO EXTEND DATE OF SELF-REPORT**

Defendant, Lucas Ford, respectfully moves this court to extend by 30 days, from February 27 to March 23, 2015, the date upon which he must report to the custody of the Bureau of Prisons. As reasons therefor, defendant states the following:

I. Defendant is currently under order to report on February 27, 2015.

II. On January 8, 2015, defendant filed "Assented to Motion for Reconsideration and for Stay of Judgment".

III. On January 13, 2015, the court ordered counsel to file an affidavit or proffer in support of this motion within seven days.

IV. On January 20, 2015, defense counsel filed under seal a "Proffer of Defense Counsel in Support of Motion for Reconsideration and Stay of Entry of Judgment Pending Hearing".

V. On January 26, 2015, the government filed under seal "United States' Statement in Support of Defendant Ford's Request for Further Opportunity to be Heard and for Reconsideration of His Sentence". In this filing, the government suggests, as one alternative to making such hearing as convenient as possible to the victims in this case, that the hearing be scheduled for the same date as the sentencing for the co-defendant, Mr. Hess. That hearing is currently scheduled for February 27, 2015 (the same date as Mr. Ford's current self-report date).

VI. On information and belief, the Government has recently submitted further information from the victim whose original impact statement is central to the reconsideration/ rehearing motion.

VII.  Defendant respectfully requests the extension of the self-report date to allow for the assented to hearing.

VIII.  The government assents to this request.

        LUCAS FORD
        By his attorney,

        /s/ Christopher S. Skinner
        Christopher S. Skinner
        Federal Public Defender Office
        51 Sleeper St., Fifth Floor
        Boston, MA  02210
        (617) 223-8061  B.B.O. #465540

CERTIFICATE OF SERVICE

Defense counsel hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

2/17/2015         /S/Christopher S. Skinner
        CHRISTOPHER S. SKINNER