UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 13cr10275-PBS |
| | ) |
| DAMIEN HESS | ) |

2nd MOTION TO WITHDRAW AS COUNSEL FOR HESS

NOW COMES counsel for the defendant, Damien Hess, in the above-entitled matter and moves that he be allowed to withdraw as counsel and that an attorney from the Federal Public Defender Office be appointed. In support of said motion, undersigned counsel shows as follows:

1. Mr. Hess is the subject of a Criminal Indictment filed by the government in the above-captioned matter on September 25, 2013. The indictment alleges that Mr. Hess violated 18 U.S.C. 1343, Wire Fraud & 18 U.S.C. 1371 Conspiracy

2. Undersigned counsel was retained by Mr. Hess and entered a notice of appearance on October 10, 2013.

3. Recently, the attorney-client relationship between Mr. Hess and undersigned counsel has become fractured. Mr. Hess has been unresponsive to enable Attorney Nathan to fully prepare a sentencing memorandum. Attorney Nathan engaged the services of a federal sentencing consultant to assist in fashioning a sentencing memorandum and as a result of the two factors delineated in this paragraph the government agreed to enlarge the time for filing sentencing memorandum (and any exhibits, letters etc.) to one week before sentencing, now set down for February 27, 2015.

[Handwritten margin note, left side:] 2/18/15 Denied without prejudice. Prepare the memo and address all issues. I will address any objections at the sentencing hearing. Patti B. Saris

[Handwritten note, bottom:] Hearing will go forward on 2/27/15 at 2:00 pm.