*[Handwritten annotations in margins:]*
*Top: Came with new envelope for purposes of backdating — Damien*
*Left margin: 2/18/15 The request for rescheduling sentencing date is denied. Can the motion request of the disclosure of Courthouse video record be withdrawn at the hearing.*

| | | |
|---|---|---|
| State of Massachusetts | ) | U. S. Federal District Court |
| City of Boston | ) | Honorable Patti Saris |
| United States | ) | |
| VS | ) | |
| Damien J. Hess EN PRO SE | ) | Case No. 13CR10275(LTS) |

*[Filed stamp: 2015 FEB 11 PM 3 39, U.S. DISTRICT COURT, DISTRICT OF MASS., FILED IN CLERKS OFFICE]*

**Defendant Damien Hess' Pro Se Motion Requesting Removal of Legal Counsel and Rescheduling of Sentencing Date.**

Damien J. Hess moves the court to remove Attorney Geoffrey Nathan because Counsel's performance fell below the Standard of Conduct and Ethics based on the prevailing norms of his chosen profession. I, Damien, have a total loss of faith and confidence in my current legal representative and counsel, as well as an irretrievable breakdown in communications. Claims of ineffective assistance of counsel are reviewed under a two-part test: (1) a demonstration that counsel's performance fell below an objective standard of reasonableness based on prevailing professional norms and (2) a showing that the deficient performance resulted in prejudice. (Strickland v. Washington, 466 U. S. 668, 687-88, 104 S. Ct, 2052, 80 L.ED.2d 674 (1984).

I, Damien Hess, am currently contemplating likely post-conviction relief pursuant to 18 USC s. 2255: however, such relief is not available until sentence is imposed. This leaves myself in the unacceptable and untenable position of having to proceed to sentencing with a lawyer with whom I no longer have confidence and/or a meaningful communications with. I, Damien, am asking this court to remove Geoffrey Nathan and grant me a 30 day continuance of the sentencing date in order to allow substitute counsel adequate time to prepare for sentencing. It is

*[Handwritten: Hearing will go forward on 2/27/15 at 2:00 PM.]*

[Pleading Title] - 1