UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>LUCAS FORD )<br>) | DOCKET NO. 1:13-cr-10275-PBS |

FILING OF REDACTED DOCUMENTS

Now comes Lucas Ford and through counsel files redacted versions of documents previously filed under seal.

1. A redacted copy of "Assented to Motion for Reconsideration and Stay of Entry. of Judgment Pending Hearing", which was filed January 8, 2015, is appended hereto as Exhibit 1

2. A redacted copy of "Proffer of Defense Counsel in Support of Motion for Reconsideration and Stay of Entry of Judgment Pending Hearing", which was filed on January 20, 2015 is appended hereto as Exhibit 2.

3. It should be noted that an addendum to the proffer in Exhibit 2 is not included as it relates solely to the matter that remains under seal.

Respectfully submitted,
LUCAS FORD
by his attorney
*/s/ Christopher S. Skinner*____
Christopher S. Skinner, Esq.
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210    617-223-8061
CHRISTOPHER_SKINNER@FD.ORG

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, January 2, 2015.

*/s/ Christopher S. Skinner*
Christopher S. Skinner